IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (NO. VI) | | MDL DOCKET NO. 875 |

| | | |
|---|---|---|
| ROBERT HAMILTON | : | Civil Action No. 2:09-cv-71981-ER |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GENERAL ELECTRIC CO., et al. | : | November 11, 2011 |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby submits to the Court that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff wishes to dismiss without prejudice claims pending against the following defendants, General Electric Company, CBS Corporation, Okonite Company, Safeguard Scientifics, Inc., Crane Co., Gould Pumps, Inc., IMO Industries, Inc., and ITT Corporation, subject to the Agreement Reserving Second Disease Claims executed by the parties and attached.

Based on the foregoing, all claims of the plaintiff are hereby dismissed without prejudice.

| THE PLAINTIFF BY: | SO ORDERED: |
|---|---|
| | |
| __/s/Melissa M. Riley/s/____ | _____ ( / / ) |
| Melissa M. Riley, Esq. | Judge |
| ct18813 | |
| Embry & Neusner | |
| P.O. Box 1409 | |
| Groton, CT  06340 | |
| Tel. (860) 449-0341 | |
| Fax. (860) 449-9070 | |
| mriley@embryneusner.com | |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11th, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing via the Court's CM/ECF System.

      Respectfully submitted,
      THE PLAINTIFF

      /s/Melissa M. Riley/s/

      BY:
      Melissa M. Riley, Esq.